FORM VAN–052
REVISED 02/18/2016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                          Case No.: 4:18–bk–05056–BMW

SUSAN EVA LANG                         Chapter: 7
aka EVA SUSAN LANG
2046 W. WINDSONG STREET
APACHE JUNCTION, AZ 85120
**SSAN:** xxx–xx–7523
**EIN:**

Debtor(s)

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

Debtor('s) have not paid the full filing fee in this case.

IT IS ORDERED that the debtor(s) pay the filing fees still owing, namely, $ 280.00 as follows:

        $ 95.00     to be paid on or before 6/18/18
        $ 95.00     to be paid on or before 7/16/18
        $ 90.00     to be paid on or before 8/13/18

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money or transfer any property to their attorney, or any other person who rendered services to the debtor(s) in connection with this case.

IT IS FURTHER ORDERED that if the Debtor(s)' circumstances are such that cause may be shown for an extension of time to pay any installment, the Debtor(s) must file a written request for an extension with the Court setting forth those circumstances before the due date of the installment date to be extended.

IT IS FURTHER ORDERED that the failure to pay any installment in a timely manner, coupled with a failure to timely request an extension of time for the payment of the installment shall result in dismissal of this case.

**Date:** May 7, 2018                                                BY THE COURT

**Address of the Bankruptcy Clerk's Office:**           HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

### NOTICE TO CUSTOMERS REGARDING PAYMENT OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Payments must be made in person or by mail at the Phoenix or Tucson Clerk's Office locations. Personal checks <u>cannot</u> be accepted for payment of filing fees.

### NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

### NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at: https://www.pccotc.gov/pccotc/index.htm, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.